**Robert Earl MASON, Movant-Appellant**

v.

**STATE of Missouri, Respondent.**

**No. 48685.**

Missouri Court of Appeals,
Eastern District,
Division Five.

May 14, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 12, 1985.

Application to Transfer Denied
Sept. 10, 1985.

David Hemingway, St. Louis, for movant-appellant.

William L. Webster, Atty. Gen., Leah A. Murray, John Morris, Asst. Attys. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

Direct appeal from the denial of post-conviction relief pursuant to a Rule 27.26 motion.

Judgment affirmed. Rule 84.16(b).